UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SADIQ ALTURFI, on behalf of N.A., a minor,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. C21-1235-SKV<br><br><br>ORDER OF REMAND |

Based on the stipulation between the parties it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings for the administrative law judge (ALJ) to issue a new decision.  Upon remand, the Appeals Council will instruct the ALJ to further develop the record and:

- to make reasonable attempts to obtain evidence pertinent to the matters at issue, including obtaining a standardized developmental assessment;
- obtain evidence from a medical expert and a consultative examiner, preferably a pediatrician or child psychologist, to clarify whether the severity of the claimant's impairment meets or medically equals the criteria of a listed impairment or functionally equals the listings;

Page 1       ORDER - [C21-1235-SKV]

- re-evaluate the medical opinions and prior administrative medical findings;
- and offer the claimant the opportunity for a hearing, take any further action needed to complete the administrative record, and issue a new decision.

The parties agree that reasonable attorney fees will be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

DATED this 8th day of February 2022.

*Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

Presented by:

s/ L. Jamala Edwards
L. JAMALA EDWARDS
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-2732
Fax:  (206) 615-2531
jamala.edwards@ssa.gov

Page 2       ORDER - [C21-1235-SKV]